## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __3rd__ day of __August__, __2018__, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☒    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

__Lowe's Home Centers, LLC  C/o Corporation Service Company, Inc., Reg. Agent__
__641 S. Lawrence St., Montgomery, AL 36104__

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__8/15/18__              _____
Date                           Authorized or Specially Appointed Process Server

Costs of Service:   Service fee:                         $
                 Expenses: _____ miles @ _____ cents    $_____

                                          TOTAL $

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) _[illegible] Webster_   C. Date of Delivery 8-3-18 |
| 1. Article Addressed to:<br><br>Lowe's Home Centers, LLC<br>c/o Corporation Service Company, Inc., Reg. Agent<br>641 South Lawrence Street<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1751 6074 3058 69 | 3. Service Type<br>☒ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ___ Mail<br>☐ ___ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7013 2250 0002 1702 6251 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



U.S. Postal Service™ _Karen Allen_
CERTIFIED MAIL™ RECEIPT _-Allbright_
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Lowe's Home Centers, LLC
c/o Corporation Service Company, Inc., Reg. Agent
641 South Lawrence Street
Montgomery, AL 36104

PS Form 3800, August 2006    See Reverse for Instructions

7013 2250 0002 1702 6251

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDY ALBRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | **SUMMONS** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil Procedure |
| | ) | or other applicable law.) |
| v. | ) | |
| | ) | Civil Action No.: 2:18-cv-01005-JEO |
| LOWE'S HOME CENTERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Summons in a Civil Action

To:   Lowe's Home Centers, LLC
c/o Corporation Service Company, Inc., Reg. Agent
641 South Lawrence Street
Montgomery, AL 36104

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Rocco Calamusa, Jr.
Wiggins, Childs, Pantazis, Fisher, & Goldfarb LLC.
The Kress Building
301 19th Street North
Birmingham, Alabama
Tel.   (205) 314-0500

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 8-1-18

SHARON HARRIS, CLERK
By: Pamela Cook
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203